UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DWAYNE SIMMS** | **CIVIL ACTION** |
| versus | **NO. 07-966** |
| **N. BURL CAIN, WARDEN,** <br> **LOUISIANA STATE PENITENTIARY** | **SECTION: "I" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and petitioner's objections to the Magistrate Judge's Report and Recommendation which are overruled, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion in this matter.[1] Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by Dwayne Simms is **GRANTED** with respect to petitioner's conviction for the armed robbery of Kenyatta Bush.

**IT IS ORDERED** that federal *habeas corpus* relief is **DENIED** with respect to petitioner's remaining convictions and that his claims challenging those convictions are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __4th__ day of March, 2008.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

---

[1] In approving the recommendation, the Court does not adopt the dicta stated in the last sentence of footnote 25 of the U.S. Magistrate Judge's opinion.